UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
MIKEISHA BLACKMAN, et al.,              )
                                        )
            Plaintiffs,                 )
                                        )       Civil Action No. 97-1629 (PLF)
    v.                                  )        Consolidated with
                                        )       Civil Action No. 97-2402 (PLF)
DISTRICT OF COLUMBIA, et al.,           )
                                        )
            Defendants.                 )
_____ )


                                 ORDER

        For the reasons stated in the separate Opinion issued this same day, it is hereby

        ORDERED that plaintiffs' petition for attorneys' fees [2155] is granted in part

and denied in part; it is

        FURTHER ORDERED that the parties submit a joint proposed order to the Court

identifying the specific amount of attorneys' fees, costs and expenses that defendants are required

to pay to plaintiffs' class counsel consistent with the conclusions in the accompanying Opinion.

In order to do so, plaintiffs' class counsel shall prepare a draft order identifying the specific

amount of attorneys' fees, costs and expenses due to them and submit the draft to defendants'

counsel for review.  No more than fourteen days after the plaintiffs submit the draft order to

defense counsel, the parties shall submit a joint proposed order to the Court.

        SO ORDERED.

                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: January 4, 2010